No. 01–792.   SCHEVE ET AL. *v.* MOODY FOUNDATION.   C. A. 5th Cir.   Motion of respondent for award of costs and attorney's fees denied.   Certiorari denied.

No. 01–824.   TAMKO ROOFING PRODUCTS, INC. *v.* UNITED STEELWORKERS OF AMERICA, LOCAL 1071L.   C. A. 11th Cir. Motion of Center on National Labor Policy, Inc., et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 01–844.   JACKSON *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL.   C. A. 9th Cir.   Motion of petitioner for leave to proceed as a veteran granted.   Certiorari denied.

No. 01–866.   TIME WARNER ENTERTAINMENT CO., L. P., DBA TIME WARNER CABLE *v.* NATIONAL SATELLITE SPORTS, INC. C. A. 6th Cir.   Motion of National Cable & Telecommunications Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–7322.   ROBINSON *v.* NORTH CAROLINA.   Gen. Ct. Justice, Super. Ct. Div., Bladen County, N. C.   Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 01–7369.   DOUGLAS *v.* DOUGLAS.   Sup. Ct. N. H.   Certiorari denied.   JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 00–1830.   DENNIS *v.* UNITED STATES, *ante*, p. 821;
No. 00–1835.   ADJIRI *v.* EMORY UNIVERSITY, *ante*, p. 822;
No. 00–1944.   FURBY *v.* CHRYSLER CORP., *ante*, p. 828;
No. 00–8073.   ADAMS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 532 U. S. 1023;
No. 00–8635.   PAUL *v.* UNITED STATES, *ante*, p. 829;
No. 00–8719.   ORLANDO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 829;
No. 00–9165.   IN RE NEUFVILLE, *ante*, p. 829;
No. 00–9784.   JORDAN *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 833;
No. 00–9885.   HAMMOUDAH *v.* RUSH-PRESBYTERIAN-ST. LUKE'S MEDICAL CENTER ET AL., *ante*, p. 836;

No. 00–9960. JONES v. GEORGIA, *ante*, p. 839;

No. 00–10095. CLAY v. JACKSON, SHERIFF, WILKINSON COUNTY, ET AL., *ante*, p. 842;

No. 00–10178. IN RE ABBEY, *ante*, p. 812;

No. 00–10346. CAMPBELL v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 852;

No. 00–10349. DOUGLAS v. CATERPILLAR, INC., ET AL. (two judgments), *ante*, p. 853;

No. 00–10361. BROWN v. CONROY, WARDEN, ET AL., *ante*, p. 853;

No. 00–10390. IN RE ROBINSON, *ante*, p. 811;

No. 00–10406. MEADE v. PENNSYLVANIA, *ante*, p. 856;

No. 00–10419. VERMILLION v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON, *ante*, p. 857;

No. 00–10501. TIDIK v. MICHIGAN COURT OF APPEALS JUDGES, *ante*, p. 862;

No. 00–10520. KREUTZER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 863;

No. 00–10525. BOTHWELL v. GENERAL MOTORS CORP. ET AL., *ante*, p. 863;

No. 00–10541. RAY v. JOHNSON ET AL., *ante*, p. 864;

No. 00–10591. IN RE DORE, *ante*, p. 812;

No. 00–10693. MITCHELL v. GARRETT ET AL., *ante*, p. 873;

No. 00–10715. NORTH v. UNITED STATES, *ante*, p. 874;

No. 00–10727. BELL v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL., *ante*, p. 875;

No. 00–10778. JARAMILLO v. UNITED STATES, *ante*, p. 878;

No. 00–10790. NEUHAUSSER v. UNITED STATES, *ante*, p. 879;

No. 00–10820. WILKS v. McCAUGHTRY, WARDEN, *ante*, p. 881;

No. 01–40. COLWELL v. GEORGIA, *ante*, p. 972;

No. 01–62. COX ET AL. v. CITY OF WICHITA FALLS ET AL., *ante*, p. 972;

No. 01–124. SAWYER v. VIRGINIA STATE BAR, *ante*, p. 891;

No. 01–137. DIX v. UNITED AIRLINES, INC., *ante*, p. 892;

No. 01–429. TULLIS ET UX. v. LEE, SMART, COOK, MARTIN & PATTERSON P. S., INC., ET AL., *ante*, p. 1020;

No. 01–431. DALE M., BY HIS MOTHER AND NEXT FRIEND, ALICE M. v. BOARD OF EDUCATION OF BRADLEY-BOURBONNAIS HIGH SCHOOL DISTRICT NO. 307 ET AL., *ante*, p. 1020;

No. 01–466. GARCIA v. EATON RAPIDS BOARD OF EDUCATION, *ante*, p. 997;

No. 01–472. FOXX *v.* DEPARTMENT OF THE NAVY ET AL., *ante,* p. 997;

No. 01–522. ZELLWEGER ET UX. *v.* CITY OF ALLIANCE, *ante,* p. 1041;

No. 01–579. HAGAN *v.* UNITED STATES, *ante,* p. 1022;

No. 01–587. LEMAIRE ET AL. *v.* DANOS & CUROLE MARINE CONTRACTORS, INC., *ante,* p. 1079;

No. 01–604. WILBURN *v.* KAISER FOUNDATION MEDICAL GROUP ET AL., *ante,* p. 1066;

No. 01–703. COMINSKY *v.* MALNER ET AL., *ante,* p. 1083;

No. 01–5026. VIZZINI *v.* MARYLAND, *ante,* p. 898;

No. 01–5055. IN RE NEUFVILLE, *ante,* p. 811;

No. 01–5089. ROSENBERG *v.* CITY OF KALAMAZOO, *ante,* p. 902;

No. 01–5091. BLACKWELL *v.* LAMARQUE, WARDEN, *ante,* p. 902;

No. 01–5107. PRICE *v.* UNITED STATES ET AL., *ante,* p. 903;

No. 01–5227. WALKER *v.* MORRISON, WARDEN, *ante,* p. 909;

No. 01–5253. ROSS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 911;

No. 01–5383. GERA *v.* HASSENFELD ET AL., *ante,* p. 919;

No. 01–5459. SIMMONS *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 924;

No. 01–5515. NDONG-NTOUTOUM *v.* UNITED STATES, *ante,* p. 927;

No. 01–5534. DANIELS *v.* UNITED STATES, *ante,* p. 928;

No. 01–5549. VASQUEZ *v.* UNITED STATES, *ante,* p. 998;

No. 01–5552. CRIPPS *v.* HAVILAND, WARDEN, *ante,* p. 928;

No. 01–5571. DAVIS *v.* KING ET AL., *ante,* p. 957;

No. 01–5611. CHACKO *v.* UNITED STATES, *ante,* p. 930;

No. 01–5672. SAMUEL *v.* UNITED STATES, *ante,* p. 932;

No. 01–5696. KENNEDY, AKA KORNEGAY *v.* UNITED STATES, *ante,* p. 933;

No. 01–5737. BOWMAN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 962;

No. 01–5755. IN RE DEVAUGHN, *ante,* p. 811;

No. 01–5843. DAVIDSON *v.* AMSOUTH BANK, *ante,* p. 963;

No. 01–5864. SANCHEZ *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 976;

No. 01–5887. COLEMAN *v.* INDIANA, *ante,* p. 1057;

No. 01–5889. GLADSTONE v. MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *ante*, p. 998;

No. 01–5939. BISHOP v. COLORADO ET AL., *ante*, p. 1000;

No. 01–5949. BURNS v. VIRGINIA, *ante*, p. 1043;

No. 01–6051. SCHIEBLE v. SOUTH CAROLINA ET AL., *ante*, p. 1001;

No. 01–6111. PROCTOR v. GALAZA, WARDEN, *ante*, p. 1003;

No. 01–6132. FARRIS v. NATIONSBANC MORTGAGE CORP. ET AL., *ante*, p. 1024;

No. 01–6265. VOGLIOTTI v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, *ante*, p. 1027;

No. 01–6328. ELDER v. TYSON FOODS, INC., ET AL., *ante*, p. 1044;

No. 01–6334. HILL v. ADMINISTRATIVE HEARING OFFICER FOR THE CHILD SUPPORT ENFORCEMENT AGENCY OF CUYAHOGA COUNTY ET AL., *ante*, p. 1044;

No. 01–6355. BOYD v. UNITED STATES, *ante*, p. 1006;

No. 01–6486. BASILE v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 1029;

No. 01–6499. TOKAR v. MISSOURI, *ante*, p. 1029;

No. 01–6529. JACKSON v. UNITED STATES, *ante*, p. 1012;

No. 01–6551. PARKER v. OKLAHOMA, *ante*, p. 1048;

No. 01–6562. SINGLETON v. CAIN, WARDEN, ET AL., *ante*, p. 1057;

No. 01–6573. ODRICK v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., *ante*, p. 1057;

No. 01–6585. TANH HUU LAM v. UNITED STATES, *ante*, p. 1013;

No. 01–6624. MALONEY v. KING, *ante*, p. 1059;

No. 01–6626. MCCLAIN v. UNITED STATES, *ante*, p. 1030;

No. 01–6684. BURRISS v. SMALL, WARDEN, *ante*, p. 1061;

No. 01–6697. DAVIS v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., *ante*, p. 1061;

No. 01–6742. BURKLEY v. MCGRATH, WARDEN, *ante*, p. 1069; and

No. 01–6786. PEALOCK, AKA CORN v. UNITED STATES, *ante*, p. 1035. Petitions for rehearing denied.

FEBRUARY 25, 2002

No. 00–725. ALOE ENERGY CORP. v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari granted,